

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2015

No. 04-15-00107-CV

Justin V. **HAYNES**,
Appellant

v.

Alicia Bryan **HAYNES**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-14023
Honorable David A. Canales, Judge Presiding

# O R D E R

On July 20, 2015, upon unopposed motion of Appellant, this Court abated this appeal to allow Appellant the opportunity to obtain a ruling on his request for findings of fact and conclusion of law as well as motions to modify judgment and for new trial. This appeal was abated until August 17, 2015. On August 31, 2015, this Court issued an Order continuing the abatement and requiring Appellant to advise this Court of the status of the trial court proceedings by September 11, 2015. Appellant filed this advisory on September 9, 2015, stating the trial court entered a second modified judgment on August 31, 2015 which will require another round of post-judgment pleadings. Based upon the lack of finality in the trial court, Appellant requests this Court continue the abatement. Appellee has not responded to the advisory or otherwise opposed continued abatement.

IT IS ORDERED the abatement of this appeal will continue until the trial court proceedings conclude. Appellant shall continue to file advisories with this Court regarding the status of the conclusion of the trial court proceedings. Appellant shall file the next advisory on or before October 12, 2015, and shall file an advisory every 3 weeks thereafter. If Appellant fails to file an advisory on or before the due dates, the appeal shall be dismissed for want of prosecution.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2015.



Keith E. Hottle